■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. WRIGHT, Appellant. [708 NYS2d 685] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contentions that the evidence is legally insufficient to support the conviction of rape in the first degree (Penal Law § 130.35 [1]) (*see, People v Gray,* 86 NY2d 10, 19) and that County Court erred in failing to give a charge on intoxication (*see, People v Powell,* 181 AD2d 923, *lv denied* 80 NY2d 836) and in giving a reasonable doubt charge that failed to convey the proper legal standard (*see, People v Ramos,* 254 AD2d 13, 14, *lv denied* 92 NY2d 985). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). We reject defendant's contention that reversal is required based on prosecutorial misconduct during summation (*see, People v Drayton,* 270 AD2d 826). The record establishes that defendant received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). Finally, the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Steuben County Court, Furfure, J.—Rape, 1st Degree.) Present—Green, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.